**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


DAVID D. RITTER,

:  No. 9 MAL 2022
:
            Petitioner
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth
        v.
:  Court
:
:
LEHIGH COUNTY BOARD OF
:
ELECTIONS
:
:
:
PETITION OF:  ZAC COHEN


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the Petition for Allowance of Appeal and the Application to File a Reply Brief in Support of Petition are **DENIED**.